509 F.2d 540
 Alfredo G. PARRISH et al., etc., Plaintiffs-Appellants,
v.
BOARD OF COMMISSIONERS OF the ALABAMA STATE BAR et al.,
etc., Defendants-Appellees.
ALABAMA BLACK LAWYERS ASSOCIATION et al., Plaintiffs-Appellants,
v.
BOARD OF COMMISSIONERS OF the ALABAMA STATE BAR etc., et
al., Defendants-Appellees.
 Nos. 73--3553 and 74--1523.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 20, 1975.
 
 Appeals from the United States District Court for the Middle District of Alabama; Robert E. Varner, Judge.
 U. W. Clemon, Oscar W. Adams, Jr., Birmingham, Ala., Elaine R. Jones, Jack Greenberg, New York City, Solomon Seay, Jr., Montgomery, Ala., for plaintiffs-appellants in both cases.
 Truman Hobbs, Champ Lyons, Jr., William H. Morrow, Jr., Montgomery, Ala., for defendants-appellees in both cases.
 Before TUTTLE, WISDOM and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The opinion and judgment of the Court heretofore entered is withdrawn. The Court will issue an opinion after further consideration.